## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 14-36014 |
| | ) | |
| DANIEL VOITH and COLLEEN VOITH, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: May 12, 2016 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | Courtroom: 742 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **May 12, 2016**, at **10:30 a.m.**, we shall appear before the Honorable Carol A. Doyle, or such other judge as may be sitting in her stead, in Courtroom 742 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: April 11, 2016

Respectfully submitted,

By: /s/ *Miriam R. Stein*
Miriam R. Stein, Chapter 7 Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
mstein@chuhak.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Voith, Daniel Robert | ) | CASE NO. 14-36014-CAD |
| Voith, Colleen Ann | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Carol A. Doyle

NOW COMES Miriam R. Stein, Trustee herein, pursuant to 11 U.S.C. §330, and requests $5,282.71 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $45,327.07. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,032.71 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

TOTAL COMPENSATION        $5,282.71

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                           $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   April 11, 2016                    /s/ Miriam R. Stein
                                           Miriam R. Stein, Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois  60606
(312) 444-9300
mstein@chuhak.com