UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Daniel Robert Voith | § | Case No. 14-36014 |
| Colleen Ann Voith | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 143,375.00                   Assets Exempt: 42,143.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  33,949.33   Claims Discharged
                                               Without Payment:  6,989.00


Total Expenses of Administration:  11,377.74

---

3) Total gross receipts of $ 50,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,672.93  (see **Exhibit 2**), yielded net receipts of $ 45,327.07  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,377.74 | 11,377.74 | 11,377.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,792.00 | 33,898.63 | 33,898.63 | 33,949.33 |
| **TOTAL DISBURSEMENTS** | $ 31,792.00 | $ 45,276.37 | $ 45,276.37 | $ 45,327.07 |

4)  This case was originally filed under chapter 7 on 10/03/2014 . The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/21/2016            By:/s/Miriam R. Stein
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INHERITANCE | 1229-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Daniel Robert Voith and Colleen Ann Voith | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,672.93 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,672.93** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attn: Bankruptcy Dept. Po Box 24696 | | 0.00 | NA | NA | 0.00 |
| | Columbus OH 43224 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 5,282.71 | 5,282.71 | 5,282.71 |
| Associated Bank | 2600-000 | NA | 57.53 | 57.53 | 57.53 |
| LAW OFFICES OF ZANE L. ZIELINSKI, P.C. | 3210-000 | NA | 3,395.00 | 3,395.00 | 3,395.00 |
| William J. Factor Ltd. | 3210-000 | NA | 2,642.50 | 2,642.50 | 2,642.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,377.74 | $ 11,377.74 | $ 11,377.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank | | 2,326.00 | NA | NA | 0.00 |
| | KOHL'S | | 1,000.00 | NA | NA | 0.00 |
| | MACYS | | 1,962.00 | NA | NA | 0.00 |
| | UNION PLUS | | 1,700.00 | NA | NA | 0.00 |
| | UNITED RECOVERY SERVICE LLC | | 1.00 | NA | NA | 0.00 |
| 5 | AMERICAN INFOSOURCE LP as agent for TD Bank, USA | 7100-000 | 500.00 | 626.97 | 626.97 | 626.97 |
| 2 | CAPITAL ONE | 7100-000 | 1,439.00 | 1,259.57 | 1,259.57 | 1,259.57 |
| 3 | Capital One Bank (USA) N.A. by American InfoSource LP as age | 7100-000 | NA | 4,607.96 | 4,607.96 | 4,607.96 |
| 4 | Capital One Bank (USA) N.A. by American InfoSource LP as age | 7100-000 | 4,148.00 | 6,338.95 | 6,338.95 | 6,338.95 |
| 11 | CAVALRY SPV I, LLC | 7100-000 | 1,500.00 | 1,699.60 | 1,699.60 | 1,699.60 |
| 6 | DELL FINANCIAL SERVICES, LLC | 7100-000 | 4,000.00 | 4,063.14 | 4,063.14 | 4,063.14 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 5,257.00 | 5,952.25 | 5,952.25 | 5,952.25 |
| 10 | PYOD LLC | 7100-000 | 2,892.00 | 3,364.19 | 3,364.19 | 3,364.19 |
| 7 | SYNCHRONY BANK | 7100-000 | 1,500.00 | 1,663.04 | 1,663.04 | 1,663.04 |
| 8 | SYNCHRONY BANK | 7100-000 | 300.00 | 462.01 | 462.01 | 462.01 |
| 9 | SYNCHRONY BANK | 7100-000 | 3,267.00 | 3,860.95 | 3,860.95 | 3,860.95 |
|  | AMERICAN INFOSOURCE LP as agent for TD Bank, USA | 7990-000 | NA | NA | NA | 0.94 |
|  | CAPITAL ONE | 7990-000 | NA | NA | NA | 1.88 |
|  | Capital One Bank (USA) N.A. by American InfoSource LP as age | 7990-000 | NA | NA | NA | 16.37 |
|  | CAVALRY SPV I, LLC | 7990-000 | NA | NA | NA | 2.54 |
|  | DELL FINANCIAL SERVICES, LLC | 7990-000 | NA | NA | NA | 6.08 |
|  | DISCOVER BANK | 7990-000 | NA | NA | NA | 8.90 |
|  | PYOD LLC | 7990-000 | NA | NA | NA | 5.03 |
|  | SYNCHRONY BANK | 7990-000 | NA | NA | NA | 8.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 31,792.00 | $ 33,898.63 | $ 33,898.63 | $ 33,949.33 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-36014 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | Daniel Robert Voith | | | | Date Filed (f) or Converted (c): | 10/03/2014 (f) |
| | Colleen Ann Voith | | | | 341(a) Meeting Date: | 11/20/2014 |
| For Period Ending: | 07/21/2016 | | | | Claims Bar Date: | 02/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 10537 S. ST. LOUIS AVE. CHICAGO | 155,875.00 | 9,113.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNG - CHASE | 3.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - CHASE | 11.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT - CHASE | 29.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT - CHASE | 200.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS, CDS, DVDS, TAPES | 100.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 100.00 | 100.00 | | 0.00 | FA |
| 9. EARRINGS, WATCH, COSTUME JEWELRY, WEDDING RINGS | 300.00 | 0.00 | | 0.00 | FA |
| 10. TERM LIFE INSURANCE | Unknown | 0.00 | | 0.00 | FA |
| 11. WHOLE LIFE INSURANCE | 1,100.00 | 0.00 | | 0.00 | FA |
| 12. 401K | 18,000.00 | 0.00 | | 0.00 | FA |
| 13. VEHICLE - HYUNDAI TUCSON | 6,000.00 | 0.00 | | 0.00 | FA |
| 14. VEHICLE - 2006 HYUNDAI ACCENT | 300.00 | 0.00 | | 0.00 | FA |
| 15. INHERITANCE (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| 16. Pre-paid Funeral Service | 1,500.00 | 1,500.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $185,518.00 | $60,713.00 | | $50,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

A FINAL DISTRIBUTION HAS BEEN MADE IN THIS CASE.
7/3/16 UPDATE - TRUSTEE TO PREPARE TDR AND CLOSE CASE.

Exhibit 8

RE PROP #        6    --   TV, DVD PLAYER, TV STAND, STEREO, SOFA, VACUUM, TABLE, CHAIRS, LAMPS,
                            BEDROOM SETS, WASHER/DRYER, STOVE, REFRIGERATOR, MICROWAVE,
                            DISHES/FLATWARE, POTS/PANS.

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 04/11/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-36014 | Trustee Name: | Miriam R. Stein |
| Case Name: Daniel Robert Voith | Bank Name: | Associated Bank |
| Colleen Ann Voith | Account Number/CD#: | XXXXXX8713 |
| | | Checking |
| Taxpayer ID No: XX-XXX3321 | Blanket Bond (per case limit): | |
| For Period Ending: 07/21/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/16 | 15 | Daniel R. Voith | Liquidation of Asset Debtor's proportionate share from inheritance. | 1229-000 | $50,000.00 | | $50,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.53 | $49,942.47 |
| 03/03/16 | 101 | Zane L. Zielinski<br>The Law Offices of Zane L. Zielinski<br>6336 North Cicero Avenue, Suite 201<br>Chicago, IL 60646 | Professional Fees Approved by Court | 3210-000 | | $3,395.00 | $46,547.47 |
| 05/12/16 | 102 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,282.71 | $41,264.76 |
| 05/12/16 | 103 | William J. Factor Ltd.<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $2,642.50 | $38,622.26 |
| 05/12/16 | 104 | DISCOVER BANK<br>DB Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $5,961.15 | $32,661.11 |
| | | | ($8.90) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($5,952.25) | 7100-000 | | | |
| 05/12/16 | 105 | CAPITAL ONE<br>Capital One, N.A.<br>c/o Becket And Lee LLP<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $1,261.45 | $31,399.66 |
| | | | ($1.88) | 7990-000 | | | |
| | | CAPITAL ONE | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($1,259.57) | 7100-000 | | | |

Page Subtotals: $50,000.00  $18,600.34

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page: 2
Case 14-36014  Doc 44  Filed 08/02/16  Entered 08/02/16 14:31:34  Desc Main
Document  Page 10 of 13
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No: | 14-36014 | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- |
| Case Name: | Daniel Robert Voith | Bank Name: | Associated Bank |
| | Colleen Ann Voith | Account Number/CD#: | XXXXXX8713 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3321 | Blanket Bond (per case limit): | |
| For Period Ending: | 07/21/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/16 | 106 | Capital One Bank (USA) N.A. by American InfoSource LP as age Capital One Bank (Usa), N.A. By American Infosource LP As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Distribution | | | | $10,963.28 | $20,436.38 |
| | | | | ($16.37) | 7990-000 | | | |
| | | Capital One Bank (USA) N.A. by American InfoSource LP as age | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($4,607.96) | 7100-000 | | | |
| | | Capital One Bank (USA) N.A. by American InfoSource LP as age | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($6,338.95) | 7100-000 | | | |
| 05/12/16 | 107 | AMERICAN INFOSOURCE LP as agent for TD Bank, USA TD BANK, USA PO BOX 248866 OKLAHOMA CITY, OK 73124-8866 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | | $627.91 | $19,808.47 |
| | | | | ($0.94) | 7990-000 | | | |
| | | AMERICAN INFOSOURCE LP as agent for TD Bank, USA | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($626.97) | 7100-000 | | | |
| 05/12/16 | 108 | DELL FINANCIAL SERVICES, LLC RESURGENT CAPITAL SERVICES PO BOX 10390 GREENVILLE, SC 29603-0390 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | | $4,069.22 | $15,739.25 |
| | | | | ($6.08) | 7990-000 | | | |
| | | DELL FINANCIAL SERVICES, LLC | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($4,063.14) | 7100-000 | | | |
| 05/12/16 | 109 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Distribution | | | | $5,994.96 | $9,744.29 |

Page Subtotals: $0.00 $21,655.37

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-36014 | Trustee Name: Miriam R. Stein |
| Case Name: Daniel Robert Voith | Bank Name: Associated Bank |
| Colleen Ann Voith | Account Number/CD#: XXXXXX8713 |
| | Checking |
| Taxpayer ID No: XX-XXX3321 | Blanket Bond (per case limit): |
| For Period Ending: 07/21/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($8.96) | 7990-000 | | | |
| | | SYNCHRONY BANK | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($1,663.04) | 7100-000 | | | |
| | | SYNCHRONY BANK | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($462.01) | 7100-000 | | | |
| | | SYNCHRONY BANK | Final distribution to claim 9 representing a payment of 100.00 % per court order. ($3,860.95) | 7100-000 | | | |
| 05/12/16 | 110 | PYOD LLC as assignee of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $3,369.22 | $6,375.07 |
| | | | ($5.03) | 7990-000 | | | |
| | | PYOD LLC | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($3,364.19) | 7100-000 | | | |
| 05/12/16 | 111 | CAVALRY SPV I, LLC C/O BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Final distribution to claim 11 representing a payment of 100.00 % per court order. | | | $1,702.14 | $4,672.93 |
| | | | ($2.54) | 7990-000 | | | |
| | | CAVALRY SPV I, LLC | Final distribution to claim 11 representing a payment of 100.00 % per court order. ($1,699.60) | 7100-000 | | | |
| 05/12/16 | 112 | Daniel Robert Voith and Colleen Ann Voith | Distribution of surplus funds to debtor. | 8200-002 | | $4,672.93 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $50,000.00 | $50,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $9,744.29 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

|  | | |
|---|---:|---:|
| Subtotal | $50,000.00 | $50,000.00 |
| Less: Payments to Debtors | $0.00 | $4,672.93 |
| Net | $50,000.00 | $45,327.07 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8713 - Checking | $50,000.00 | $45,327.07 | $0.00 |
|  | $50,000.00 | $45,327.07 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Page Subtotals:    $0.00    $0.00